**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WANDA CANFIELD,<br>             *Plaintiff,*<br>   v.<br><br>AMICA MUTUAL INSURANCE CO.,<br>             *Defendant.* | CIVIL ACTION<br>NO. 20-2794 |

## <u>ORDER</u>

AND NOW, this 17th day of December, 2020, upon consideration of Plaintiff Wanda Canfield's motion for reconsideration of the Court's October 2, 2020 dismissal of her bad faith claim (ECF 15), Defendant Amica Mutual Insuance Company's Response (ECF 17) and Canfield's Reply (ECF 18), it is **ORDERED** that Canfield's motion is **DENIED**.

It is **FURTHER ORDERED** that upon consideration of Amica's motion to strike certain allegations in Canfield's Second Amended Complaint (ECF 16) and Canfield's response (ECF 19), Amica's motion is **GRANTED** to the extent that it seeks to strike Plaintiff's demand for treble damages in Count II and is **DENIED** in all other respects. Consistent with the accompanying memorandum of law, Canfield may not personally recover any amount pursuant to the claim pled in Count II.

It is **STILL FURTHER ORDERED** that Amica shall file an answer to Canfield's Second Amended Complaint on or before **Thursday, December 31, 2020**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.